```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10652
   NICHOLAS G KACHAVOS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0808

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/14/2007 and was confirmed 08/27/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00              .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE      747.63              .00          747.63
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED              .00             .00
COOK COUNTY TREASURER     NOTICE ONLY     NOT FILED              .00             .00
CITY OF CHICAGO PARKING   UNSECURED          100.00              .00             .00
PREMIER BANCARD CHARTER   UNSECURED          182.84              .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1416.19              .00             .00
KEHOE PALMER & DJORDJEVI  UNSECURED       NOT FILED              .00             .00
MEDICAL RECOVERY SPECIAL  UNSECURED       NOT FILED              .00             .00
PHILIP CHOR MD            UNSECURED       NOT FILED              .00             .00
RADIOLOGY IMAGING         UNSECURED       NOT FILED              .00             .00
SOUTH SUBURBAN HOSP       UNSECURED       NOT FILED              .00             .00
JOHN STROGER HOSPITAL     UNSECURED       NOT FILED              .00             .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED              .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED              .00             .00
DANIEL J WINTER           DEBTOR ATTY       2,753.00                         2,753.00
TOM VAUGHN                TRUSTEE                                              249.37
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,750.00

PRIORITY                                              .00
SECURED                                            747.63
UNSECURED                                             .00
ADMINISTRATIVE                                   2,753.00
TRUSTEE COMPENSATION                               249.37
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10652 NICHOLAS G KACHAVOS

```
DEBTOR REFUND                                                            .00
                                        ----------------    ----------------
TOTALS                                         3,750.00            3,750.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 07/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE